## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

LESLY SHULAY JANAMPA          )
DELGADO,                      )
                              )
            Petitioner,       )
                              )
v.                            )          Case No. CIV-26-881-R
                              )
MARKWAYNE MULLIN, et al.,     )
                              )
            Respondents.      )

## <u>ORDER</u>

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell, entered on April 24, 2026 [Doc. No. 8]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Mitchell is ADOPTED in its entirety, and Petitioner's Motion for Temporary Restraining Order [Doc. No. 2] is DENIED.

IT IS SO ORDERED this 3rd day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE